```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       JACKSON DIVISION
```

UNITED STATES OF AMERICA

VS.                                      CIVIL ACTION NO. 3:01CR94TSL

ALONZO LEE MURPHY, JR.

## ORDER

It is hereby ordered that defendant's motion "to be relieved of trial judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure" is denied.

SO ORDERED this the 10th day of November, 2008.

```
                    /s/ Tom S. Lee_____
                    UNITED STATES DISTRICT JUDGE
```